**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,       )
                                         )
                  Plaintiff,       )
                                         )
        vs.                      )      No.  13-03122-10-CR-S-JFM
                                         )
ALISHA JOHNSON,              )
                                         )
                Defendant.     )

**ACCEPTANCE OF PLEA OF GUILTY AND
ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count One contained in the Indictment filed on December 17, 2013, is now <u>Accepted</u> and the Defendant is <u>Adjudged Guilty</u> of such offense.   Sentencing will be set by subsequent Order of the Court.

                                                      */s/ J. Frederick Motz*
                                               **J. FREDERICK MOTZ
                                       UNITED STATES DISTRICT JUDGE**

Date:  April 1, 2014